■ AMERICAN TRANSIT INSURANCE COMPANY, Appellant, v NEW YORK STATE INSURANCE DEPARTMENT, Respondent.— Judgment, Supreme Court, New York County (Francis Pecora, J.), entered May 7, 1990, denying a petition to annul respondent's denial of an insurance license, unanimously affirmed, without costs.

Respondent denied petitioner a license to underwrite accident and health insurance, on the ground that petitioner sought to enter a new line of business at a time when its financial health was in doubt over several years. A court should generally defer to the Superintendent's special expertise unless his determination is irrational or runs counter to statutory language *(Matter of Medical Malpractice Ins. Assn. v Superintendent of Ins. of State of N. Y.,* 72 NY2d 753, *cert denied* 490 US 1080), which petitioner has not demonstrated here. Concur—Carro, J. P., Rosenberger, Wallach, Asch and Kassal, JJ.